

| Lupita Corbett/TXSD/05/USCOURTS<br>09/25/2008 09:26 PM | To | Laura Barsamian/FLMD/11/USCOURTS@USCOURTS, Isabella Cammarota/FLMD/11/USCOURTS@USCOURTS |
|---|---|---|
| | cc | |
| | bcc | |
| | Subject | 7:08-mj-5932 (6:08-cr-193-28 MD/FL Orlando) |

Dear Sir/Madam:

Re: 6:08-cr-193-OLR-28 USA vs. RAMIRO TREVINO (7:08-mj-5932)

Reference the above-captioned case from your district, the case proceedings from our district are docketed and defendant is to be transferred back to your district. The local proceedings can be accessed through the Electronic Case Filing/PACER Service System at:

## pacer.login.uscourts.gov

Please call if further information is needed.

Thank you,
Lupita Corbett
U.S. District Clerk's Office
SD/TX - McAllen Division
(956)618-8060
Fax (956)928-8272
e-mail: Lupita_Corbett@txs.uscourts.gov

**DOCKET SHEET ATTACHED:**

CLOSED

## U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (McAllen)
## CRIMINAL DOCKET FOR CASE #: 7:08-mj-05932-1
### Internal Use Only

Case title: USA v. Trevino

Date Filed: 08/17/2008
Date Terminated: 09/25/2008

Other court case number: 6:08-CR-193-ORL-28 Middle District of Florida; Orlando Division

Assigned to: Magistrate Judge Dorina Ramos

**Defendant (1)**
**Ramiro Trevino, Jr.**
*TERMINATED: 09/25/2008*

represented by **Norman E McInnis**
Public Defender's Office
1701 W Bus Hwy 83
Ste 405
McAllen, TX 78501
956-630-2995
Fax: 956-631-8647 fax
Email: norman_mcinnis@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 21 USC 846 | |

**Plaintiff**
USA

| Date Filed | # | Docket Text |
|---|---|---|
| 09/17/2008 | view 1 | Rule 40 Documents (Indictment) Received from Middle District of Florida; Orlando Division as to Ramiro Trevino, Jr, filed.(vvasquez, ) (Entered: 09/18/2008) |
| 09/17/2008 | view | Arrest of Ramiro Trevino, Jr, filed. (vvasquez, ) (Entered: 09/18/2008) |

| Date | Link | Entry |
|---|---|---|
| 09/17/2008 | [view 2](#) | AO 257 Information Sheet as to Ramiro Trevino, Jr, filed.(vvasquez, ) (Entered: 09/18/2008) |
| 09/17/2008 | [view](#) | Minute Entry for proceedings held before Magistrate Judge Dorina Ramos: INITIAL APPEARANCE as to Ramiro Trevino, Jr, (Deft informed of rights) held on 9/17/2008. Deft requests appointed counsel, Deft examined as to Financial Affidavit; Court grants. Financial Affidavit filed. Government moves for temporary detention and continuance to prepare for detention hearing. Court grants..... Identity and Detention Hearing set for 9/22/2008 at 09:30 AM before Magistrate Judge Dorina Ramos..... Deft remanded to custody. Appearances:Casey MacDonald, AUSA.(PTS: Lorena Garza )(ERO: Vicky Vasquez)(Interpreter: Woody Lewis/Not used)., filed.(lcorbett, ) (Entered: 09/19/2008) |
| 09/17/2008 | [view 4](#) | ORDER OF TEMPORARY DETENTION PENDING as to Ramiro Trevino, Jr (Signed by Magistrate Judge Dorina Ramos) Parties notified. (eleandro, ) (Entered: 09/22/2008) |
| 09/17/2008 | [view 5](#) | ORDER APPOINTING FEDERAL PUBLIC DEFENDER (Signed by Magistrate Judge Dorina Ramos) Parties notified. (eleandro, ) (Entered: 09/22/2008) |
| 09/19/2008 | [view 3](#) | Pretrial Services Report (Sealed) as to Ramiro Trevino, Jr, filed. (nresendez, ) (Entered: 09/19/2008) |
| 09/22/2008 | [view 6](#) | COMMITMENT TO ANOTHER DISTRICT as to Ramiro Trevino, Jr. Defendant committed to Middle District of Florida; Orlando Division (Signed by Magistrate Judge Dorina Ramos) Parties notified. (vvasquez, ) (Entered: 09/24/2008) |
| 09/22/2008 | [view](#) | Minute Entry for proceedings held before Magistrate Judge Dorina Ramos: IDENTITY AND DETENTION HEARING as to Ramiro Trevino, Jr held on 9/22/2008. Government witness: Lee Page, Florida DEA Agent. Cour found Identity. Parties arguments heard. Court took judicial notice of Pre-Trial Report and entered findings. Deft held without bond. Commitment to Another District to be issued. Deft remanded to USM custody to be transferred to the MD/FL, ASAP. Appearances:Casey MacDonald, AUSA; Norman McInnis, AFPD.(PTS: Marina Garza)(ERO: Vicky Vasquez) (Interpreter: Elena Medrano/Not used)., filed.(lcorbett, ) (Entered: 09/25/2008) |
| 09/23/2008 | [view](#) | ORDER OF DETENTION PENDING TRIAL as to Ramiro Trevino, Jr (Signed by Magistrate Judge Dorina Ramos) Parties notified. (vvasquez, ) (Entered: |

| | view 7 | 09/24/2008) |
|---|---|---|
| 09/25/2008 | view 8 | RULE 5 Papers sent to MD/FL Orlando Division as to Ramiro Trevino, Jr, filed.(lcorbett, ) (Entered: 09/25/2008) |
| 09/25/2008 | view | (Court only) ***Case Terminated as to Ramiro Trevino, Jr (lcorbett, ) (Entered: 09/25/2008) |