# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-                                                              Case No. 6:08-cr-193-Orl-28GJK

RAMIRO TREVINO, JR.

AUSA: Dan Eckhart
Defense Atty.: Clarence Counts
Charles Taylor

| JUDGE | Gregory J. Kelly United States Magistrate Judge | DATE AND TIME | October 8, 2008 2:07-2:20 |
|---|---|---|---|
| DEPUTY CLERK | Kim Anderson | TAPE/REPORTER | digital |
| INTERPRETER | | PRETRIAL/PROB: | Mike Chatman |

## CLERK'S MINUTES
## Initial Appearance in this District/Arraignment
## Defendant arrested in SD/TX on 9/17/08

Case called, appearances made, procedural setting by Court
Dft requests appointment of counsel
Gov summarizes charges
PD requests appointment from the CJA panel as there may be a conflict
Court appoints Charles Taylor as CJA counsel
Dft pleads not guilty to the charges contained in the indictment/Court accepts plea
Court sets trial term for 12/1/08 before Judge John Antoon
Court states dft had detention hearing in arresting district
Court adjourned