| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION | DOCKET NUMBER (Tran. Court) 6:08-CR-193-ORL-28GJK |
|---|---|---|
| | | DOCKET NUMBER (Rec. Court) **B-12-639** |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Ramiro Trevino, Jr.<br>Montgomery County Jail<br>1 Criminal Justice Drive<br>Conroe, Texas 77301 | Middle District of Florida | Orlando |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable John Antoon II | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 1/27/1[?] TO [?]/26/15 |

FILED 2012 AUG -8 AM 11:03 US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA ORLANDO, FLORIDA

**OFFENSE**

Count One: Conspiracy to Possess with Intent to Distribute 500 Grams or More of Cocaine Hydrochloride

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __Middle__ DISTRICT OF __Florida__

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the __Southern District of Texas__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

7/5/12
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __Southern__ DISTRICT OF __Texas__

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

7/23/12
Effective Date

_____
United States District Judge
Andrew S. Hanen